UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID HILL,

    Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA, et al.,

    Defendants.

CIVIL ACTION NO. 1:16-CV-00114

(KANE, J.)
(MEHALCHICK, M.J.)

## ORDER

AND NOW, this 16th day of February, 2016, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice. Plaintiff is granted leave to file an amended complaint within **thirty (30) days** following the date of this Order. The amended complaint shall be complete in all respects. It must be a new pleading that stands by itself as an adequate complaint without reference to the previously filed complaint. The amended complaint "must be simple, concise, and direct," Fed. R. Civ. P. 8(d)(1), and should specify the claims Plaintiff wishes to bring, the defendants he seeks to assert each claim against, and specific facts that show each defendant's liability for each claim. *Boyd v. New Jersey Dep't of Corr.*, 583 F. App'x 30, 32 (3d Cir. 2014) *cert. denied*, 135 S. Ct. 2374 (2015). Failure to file an amended complaint within thirty (30) days following the date of this Order will result in a recommendation of dismissal of this action in its entirety.

**Dated:** February 16, 2016

                                    *s/ Karoline Mehalchick*
                                    **KAROLINE MEHALCHICK**
                                    **United States Magistrate Judge**