IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HILL** | : | CIVIL ACTION NO. 1:16-cv-114 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the above-captioned action is the June 20, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 13th day of July 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 12) of Magistrate Judge Mehalchick.

2) Plaintiff's amended complaint (Doc. No. 11) is **DISMISSED**.

3) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania